# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE TRUST AGREEMENT, MAT TRUST DATED NOVEMBER 5, 1987.

No. 81557

BRYAN A. LOWE,
                    Appellant,

vs.

JUDITH SARGENT,
                    Respondent.

**FILED**

AUG 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for an extension of time to file either the opening brief or a stipulation to dismiss this appeal is granted. The stipulation to dismiss was filed on July 26, 2021. Pursuant to the stipulation, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 24
       Israel Kunin, Settlement Judge
       Hutchison & Steffen, LLC/Las Vegas
       Snell & Wilmer, LLP/Reno
       Butzel Long, P.C./Detroit MI
       Snell & Wilmer, LLP/Las Vegas
       Butzel Long, P.C./Bloomfield Hills MI
       Eighth District Court Clerk

21-22656